**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

AUG 1 4 2023

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

Norman A. Hamlin Sr.

Plaintiff(s),

v.

Oneida County Correctional
Facility

Defendant(s).

**COMPLAINT**
(Pro Se Prisoner)

**Case No.** 9:23-cw-985
(Assigned by Clerk's
Office upon filing)

**Jury Demand**
☐ Yes
☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore **not** contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

## I.    LEGAL BASIS FOR COMPLAINT

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Other (please specify) _____

II.    **PLAINTIFF(S) INFORMATION**

Name:                _Norman A. Hamlin Jr._

Prisoner ID #:       _# 25457_

Place of detention:  _Onedia County Correctional Facility_

Address:             _6075 Judd Rd_
                     _Oriskany NY 13424_

Indicate your confinement status when the alleged wrongdoing occurred:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

III.    **DEFENDANT(S) INFORMATION**

Defendant No. 1:    _Onedia County Correctional Facility_
                    Name (Last, First)

                    _Connection Officers_
                    Job Title

                    _6075 Judd Rd_
                    Work Address

                    _Oriskany_        _NY_        _13424_
                    City              State       Zip Code

Defendant No. 2:    _____
                    Name (Last, First)

                    _____
                    Job Title

2

Work Address
_____

_____
City                          State                    Zip Code

Defendant No. 3:    _____
Name (Last, First)

_____
Job Title

_____
Work Address

_____
City                          State                    Zip Code

Defendant No. 4:    _____
Name (Last, First)

_____
Job Title

_____
Work Address

_____
City                          State                    Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV.    STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

Statement Of Facts

① The Date: July 8, 2023 Time ¹¹⁰⁹ AM

② Where these events took Place:

Oneida County Correctional Facility
6075 Judd Rd, Orskeany NY 13424

③ location in the Facility
① POD -4 - S.H.U
② B-Line Shift, morning Shift
③ Time 11⁰⁹ AM
④ Day Wednesday.

④ Medical: I'm being treated For the
Contusion on my Neck and Bruised spine
with Flexeril until the Medical Staff
Here can get x-Rays and Cat Scan to
see Damage Of Neck and spine.

⑤ X-Rays taken 7/31/23   Time 4:30 PM

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

Page 1-2 Attached

① Medical:

② Injures: Neck Contusion: Medaction
Haedacher: Mechaction: Flexoril 10 mg

③ OFFicers Namec:
Connectional OFFicer B. Mauro
B-Lime ShiFt
Connectional OFFicer

④ Eric Pike - B-Line Shift.
Inmate Name:

Victor Contuenac # Cell #30 POD-4
S.H.U

## V. STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

PART 4

Statement OF Claims

①. 9th Amendment Rights Violation
I have the Right to be Safe in my
persons And property.

②. 8th Amendment to be Free From
Caruel And unusually Prunshiment

③ Negligence on the Account OF Officers
Mauro And Pike For not Checking and
Securing All cell Doors that morning
on the B-Line Slft.

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

**FIRST CLAIM**

Excessive force on part of on Date of July 8 2023 11:09AM Officer Mauro A·used Excessive Force to Stop Altercation were i was

**SECOND CLAIM**

Failure to protect i was Attacked by Inmate Contreras which was on a keep seperate with me and should've never Aloud to come

**THIRD CLAIM**

8 Amendment Violation when Correctional B, Mouro.got in between Inmate Contreas And I was Attacked And Also Assualted

## VI.    RELIEF REQUESTED

State briefly what relief you are seeking in this case.

All medical related Bills to the Incident, Also Paid I like 250,000+ Restution For Pain soffen

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/29/23

Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/27/16)

5

First Claim Continue:

Not the Aggessor when i Had the right to be out my cell from 11AM to 2PM. The Officer used Excessive Force and Attacked and Assaulted me And Also I was Attacked and Assaulted by the keep Seperat Inmate Contrenas that should've been Secured in His cell From 11AM to the next Morning. Exspect For Rec..

Second Claim

out with me, but because of Negligence of Onedia County Coarectional Facility And Training of Correctional Officers, Inmate Contrenas was able to Spike His Cell Door And I was let back out My cell From 11AM to 2PM. That's when Inmate Contrenas was Able to Attack me causing Physical Pain to the Neck and back of the Head with a Punch.

PART 5

②

## Third Claim

By Both Inmate Contreras And Offer B.-
Mooro, The Officer then Slammed me Around
And slammed me to the Ground And kneed me
in the Lower Back causing me pain And then
Elbowed me to the Back of the Neck And
Spinal giving me the Neck contusion. I Heard
A Pop in my Neck After That And I was Also
slammed on the Railing which give me Bruising
And Pain to the Hip., Everthing was Caught
on Video.

Norman Hamlin #25457                    POD-4-21
                                        #23-052
Onedia County Correctional Facility.
                                        7/27/23
        Chief Adminstration Officer.


I Recieved the Decision. I got the
Misbehavior Report, Date of Wednesday
July 26, 2023 At 8:15 PM. The Hearing Officer
said that i was not being Changed For
Disorderly Conduct (A) and (4) Fighting (A)
11) Refusing An Order (A). The Inmate cell #30
took Full Blame For the Confrontation that
took Place on July 8, 2023 At 11:09 AM. Also His cell
Door was not Checked or Secured By the
Officers that worked that morning. The
B-Line Shift. If Officers would've Checked
of locked cells and unlocked cells they
would've know that cell #30 was not secure
and was Spiked and not Safe. I dodn't know
how i was Resisting i was not the Aggessor and
As you can see on tape that i was trying too
Avoid the Confrontation between us and the
Officer did nothing to stop him cell #30 when
they Both know it was my time out From 11 AM
to 2PM, not His and there was an keep Seperat
between us.

The Day of the Attack, July 8, 2023 At
11:09 am. I didn't go to Medical because i was
in Fear or should i say scared for my safety
because i was in shock that i was slammed
to the Ground and put in handcuffs and i
did nothing wrong. I was not the Aggressor.

I went to see the Nurse on July 21, 2023
and was told that i have a contusion to the Neck
and was given Ibproben for pain and
Headaches, on Video you can clearly see the
Elbow move to the Neck, That move really Hurt
me and i still have a knot on the Back of
the Neck from it. I Had the Right to be out
my cell # 21 not Him cell # 30 He Broke out
of His cell and Attacked me. The Officers
did nothing to Stop Him # 30 another Inmate
Had to Stop Him At That point not The Officer
behind the Desk. I was not in the Wrong and
I did not have A Fair Hearing in this Matter.

I'm Asking For Remedy / Relief Pursuant to
9 NYCRR 7032.4.

                    Thank you.

                    Norman A. Hamlin # 25457
                                    3475
                                    7/27/23

③

When the Altercation begin OFFicer B. Mauro grabed me and moved me towards the kosk and away From my Attacker. I then Tried to Avoid the Confrontation but was grabed by the Shirt and pulled back AS the Inmate continued Ilis Attack, one OF the Inmates From the Pod Ran up And grabed Inmate Contreres And stoped Him From Assaulting me. Then OFFicer B. Mauro Slammed me And Restrained me by Hand CuFFing me which Removed Any Self Defence I hAD Against the Assualt. This Action by OFFicer Mauro Allowed Inmate Contreres to Continue Itis Assualt by Punching me in the Back OF Head. I was nolonger Able to Defend myself At that point. I was not Resistaning but my biological flight Response to the Attack was to Keep A SAFe Distance between us.


Respectfully Submitted

~~signature~~                                    # 25457

Norman A. Hamlin # 25457                   SSN
                                                      3475

Onedia County Correctional Facility

# ONEIDA COUNTY CORRECTIONAL FACILITY

ORISKANY, NEW YORK 13424

### Misbehavior Report

| | | | | |
|---|---|---|---|---|
| **Case #:** 34021 | **Incident Date/Time:** | 07/08/2023 1109 | **Location:** | POD 4 |
| **Reporting Officer:** PIKE, ERIC | **Report Date/Time:** | 07/08/2023 1146 | | |

**Description of Incident:** ON 8/8/23 I, OFFICER PIKE, WAS ASSIGNED AS A HOUSING UNIT OFFICER FOR POD 4 ON THE B-LINE SHIFT (0700 HOURS-1500 HOURS). AT APPROXIMATELY 1109 HOURS INMATE (CONTRERAS, VICTORY ICN. 34850) AND INMATE (HAMLIN, NORMAN ICN.35457) WERE ENGAGED IN A PHYSICAL CONFRONTATION IN FRONT OF THE OFFICERS DESK. I ORDERED BOTH INMATES TO STOP FIGHTING. BOTH INMATES REFUSED. I THEN CALLED A CODE 2 POD 4 VIA MY FACILITY ISSUE RADIO AND ORDERED THE UNIT TO LOCK IN. RESPONDING OFFICERS WERE BOYER, PELTON, LESLIE, HOAGE, PERRY, SERGEANT KIERPIEC, SERGEANT WRIGHT, AND LIEUTENANT WILCOX.

| Inmate Last Name | Inmate First Name | Criminal History Number |
|---|---|---|
| HAMLIN | NORMAN | 25457 |

### Rules Violated

01) DISORDERLY CONDUCT (A)

04) FIGHTING (A)

11) REFUSING AN ORDER (A)

I was Found not Guilty OF All Charges By Hearing OFFicer, And I never went or Had A FAIR Hearing in this MAtter --

| | | |
|---|---|---|
| **Reporting Officer:** | | **Date:** |
| **Inmate Signature:** | | **Date:** 8/3/23 |

| **Case #:** 34021 | | **Inmate :** | HAMLIN, NORMAN A | **CHN:** | 25457 | |
|---|---|---|---|---|---|---|
| **Incident Date/Time:** | 07/08/2023 1109 | **Location:** | POD 4 | **Category:** | INFRACTION | |
| **Reporting Officer:** | PIKE, ERIC | **Badge:** | | **Report Date/Time:** | | 07/08/2023 1146 |
| **Hearing Date/Time:** | 07/31/2023 1312 | **Hearing Location:** | | | | |

**Disciplinary Surcharge:**

**Initial Disposition To Inmate:** 07/31/2023

**Appeal From Inmate:**

**Appeal Disposition To Inmate:**

**Status:** Acknowledged

**Comments:** CASE #34021

WITNESS: INMATE CONTRERAS, VICTOR STATED" I WENT AFTER HIM THIS TIME HE DIDN'T DO ANYTHING. HE DID NOT TRY TO FIGHT BACK. HE SHOULD NOT BE IN ANY TROUBLE. IT WAS ALL ME."

NO STATEMENT NEEDED FROM INMATE HAMLIN, NORMAN.

BASED ON THE WITNESS STATEMENT INMATE HAMLIN HAS BEEN FOUND NOT GUILTY ON THE CHARGE OF 01(A) DISORDERLY CONDUCT, 04(A) FIGHTING, AND 11(A) REFUSING AN ORDER.

**Hearing Officer Signature:** _____  **Date:** _____

**Inmate Signature:** _____  **Date:** 8/8/23

**Witness Signature:** _____  **Date:** _____

New York State Commission of Correction
**Inmate Grievance Form**
Form SCOC 7032-1 (11/2015)

**Facility:** Oneida County Correctional Facility     **Housing Location:** Pod 4-21

**Name of Inmate:** Norman Hamlin     **Grievance #:** 23-052

**Brief Description of the Grievance** *(Submitted by the grievant within 5 days of occurrence)*
Number of Sheets Attached (1) Front And Back

On July 8th 2023, I WAS Assaulted by Officer
And An keep Seperate Inmate cell 30, while i WAS
out my cell-21 during my time From 11 AM to 2 PM
The Inmate cell 30 Spiked His cell Door And
Assaulted me And the Officer did nothing to Stop Him,
I was not the Aggressor. I was Also Scared to go too Medical.

**Action requested by the grievant** *(Submitted by the grievant within 5 days of occurrence)*:
Number of Additional Sheets Attached (1) Front And Back

I would like A Internal Investigation to proceed
Immediately within this Jail. I was not
Protected And was Assaulted. Im Asking For
Remedy /Relief in this matter pursuant to NYRR 7032.5

**Grievant Signature:** _[signature]_     **Date/Time Submitted:** 11 AM / 7/10/23

**Receiving Staff Signature:** _[signature]_     **Date/Time Received:** 7-20-2023 @ 1637

**Investigation Completed by:** _[signature]_     **Date Completed:** 7/26/23

**Decision of the Grievance Coordinator**     **Number of Sheets Attached ( )**
*Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination*

☐ **Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)**
☐ **Grievance Accepted**
☐ **Grievance Denied on Merits**
☐ **Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)**
☑ **Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)**

Grievance accepted in part that inmate Hamlin was in an altercation with a keep seperate
that spiked his door. Grievance denied in part after video review. The housing office did not assault
inmate Hamlin the officer was attempting to end the altercation with resistance from inmate
Hamlin. The claim of being harassed, retaliation, or lack of care is unfounded. Inmate has seen
medical several times after and has not reported the assault. No medical records to support
the injuries stated. Inmate failed to supply sufficient evidence to support the claims denied.

**Signature of the Grievance Coordinator:** _____     **Date:** _____

RECEIVED

**New York State Commission of Correction**
**Inmate Grievance Form Part II**

NOTE: IF GRIEVANT HAS BEEN TRANSFERRED OR RELEASED FROM THE FACILITY, FORWARD TO C.A.O. FOR
DETERMINATION

**Grievant's Appeal to the Chief Administrative Officer**
*Must submit within two business days of receipt of the Grievance Coordinator's written decision*
I have read the above decision of the Grievance Coordinator and
( ) I agree to accept the decision
( ✓ ) I am appealing to the Chief Administrative Officer

**Grievant Signature:** _____ **Date:** 7/27/23

**Decision of the Chief Administrative Officer:**     **Number of Sheets Attached** ( \ )
*Shall be issued within five business days after receipt of appeal and provided to grievant*

☐ **Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CPCRC)**

☐ **Grievance Accepted (attach written directive of provided remedy/relief pursuant to 9
NYCRR §7032.4(l))**

☐ **Grievance Denied on Merits**

☐ **Grievance Denied due to submitted beyond 5 days of act or occurrence (may be
appealed to CPCRC)**

☐ **Grievance Denied due to appeal submitted beyond 2 business days (may be appealed
to CPCRC)**

☐ **Grievance Accepted in part/Denied in part (attach written directive of provided
remedy/relief pursuant to 9 NYCRR §7032.4(l) for the Accepted portion of grievance)**

_____

_____

_____

_____

_____

**Signature of the Chief Administrative Officer:**_____ **Date:**_____

Pursuant to 9 NYCRR §7032.5(a), any grievant may appeal any grievance DENIED by the facility administrator, in whole
or in part, to the State Commission of Correction.

I have read the above decision of the Chief Administrative Officer and
( ) I agree to accept the decision
( ) I am appealing to the Citizen's Policy and Complaint Review Council

**Grievant Signature:**_____ **Date:**_____

# Submission to the Citizen's Policy and Complaint Review Council

NOTE: IF GRIEVANT HAS BEEN TRANSFERRED OR RELEASED FROM THE FACILITY, FORWARD TO CPCRC UNLESS
C.A.O. HAS ACCEPTED THE GRIEVANCE IN ITS ENTIRETY

NOTE:  A GRIEVANCE ACCEPTED IN ITS ENTIRETY BY THE CHIEF ADMINISTRATIVE OFFICER OR FOUND NON-
GRIEVABLE BY THE CHIEF ADMINISTRATIVE OFFICER MAY NOT BE APPEALED, AND SHALL NOT BE FORWARDED,
TO THE CITIZEN'S POLICY AND COMPLAINT REVIEW COUNCIL.

I HAVE ISSUED THE GRIEVANT A RECEIPT INDICATING THE DATE THE APPEAL HAS BEEN SUBMITTED TO THE
CITIZEN'S POLICY AND COMPLAINT REVIEW COUNCIL. I HAVE ENCLOSED WITH THIS GRIEVANCE THE
INVESTIGATION REPORT, THE WRITTEN DIRECTIVE OF PROVIDED REMEDY/RELIEF FOR GRIEVANCES SUSTAINED
IN PART (IF APPLICABLE) AND ALL OTHER PERTINENT DOCUMENTS.

**Signature of the Grievance Coordinator:**_____ **Date:**_____

**New York State Commission of Correction**
<u>Inmate Grievance Form Part II</u>

<u>NOTE: IF GRIEVANT HAS BEEN TRANSFERRED OR RELEASED FROM THE FACILITY, FORWARD TO C.A.O. FOR DETERMINATION</u>

<u>Grievant's Appeal to the Chief Administrative Officer</u>
*Must submit within two business days of receipt of the Grievance Coordinator's written decision*
I have read the above decision of the Grievance Coordinator and
( ) I agree to accept the decision
( ✓ ) I am appealing to the Chief Administrative Officer

Grievant Signature: _____    Date: 7/27/23

<u>Decision of the Chief Administrative Officer:</u>    **Number of Sheets Attached** (1) Front Back
*Shall be issued within five business days after receipt of appeal and provided to grievant*

☐ **Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CPCRC)**
☐ **Grievance Accepted (attach written directive of provided remedy/relief pursuant to 9 NYCRR §7032.4(I))**
☒ **Grievance Denied on Merits**
☐ **Grievance Denied due to submitted beyond 5 days of act or occurrence (may be appealed to CPCRC)**
☐ **Grievance Denied due to appeal submitted beyond 2 business days (may be appealed to CPCRC)**
☐ **Grievance Accepted in part/Denied in part (attach written directive of provided remedy/relief pursuant to 9 NYCRR §7032.4(I) for the Accepted portion of grievance)**

I have reviewed the video, it appears the officer was braking up the fight and you both went to the floor. You have only had 1 inf report done by officer Mauro I do not find any documentation by medical for your complaints of fractured pelvis sore rib cage or migraines in the medical records

Signature of the Chief Administrative Officer: Grievance denied Chief Zurek    Date: _____

Pursuant to 9 NYCRR §7032.5(a), any grievant may appeal any grievance DENIED by the facility administrator, in whole or in part, to the State Commission of Correction.    — KS inmate blocked locking device and was handled according to the rule book

I have read the above decision of the Chief Administrative Officer and
( ) I agree to accept the decision
( ✓ ) I am appealing to the Citizen's Policy and Complaint Review Council

Grievant Signature: _____    Date: 8/2/23

## Submission to the Citizen's Policy and Complaint Review Council

NOTE: IF GRIEVANT HAS BEEN TRANSFERRED OR RELEASED FROM THE FACILITY, FORWARD TO CPCRC UNLESS C.A.O. HAS ACCEPTED THE GRIEVANCE IN ITS ENTIRETY

NOTE: A GRIEVANCE ACCEPTED IN ITS ENTIRETY BY THE CHIEF ADMINISTRATIVE OFFICER OR FOUND NON-GRIEVABLE BY THE CHIEF ADMINISTRATIVE OFFICER MAY NOT BE APPEALED, AND SHALL NOT BE FORWARDED, TO THE CITIZEN'S POLICY AND COMPLAINT REVIEW COUNCIL.

I HAVE ISSUED THE GRIEVANT A RECEIPT INDICATING THE DATE THE APPEAL HAS BEEN SUBMITTED TO THE CITIZEN'S POLICY AND COMPLAINT REVIEW COUNCIL. I HAVE ENCLOSED WITH THIS GRIEVANCE THE INVESTIGATION REPORT, THE WRITTEN DIRECTIVE OF PROVIDED REMEDY/RELIEF FOR GRIEVANCES SUSTAINED IN PART (IF APPLICABLE) AND ALL OTHER PERTINENT DOCUMENTS.

Signature of the Grievance Coordinator: _____    Date: _____

**New York State Commission of Correction**
**Inmate Grievance Form**
Form SCOC 7032-1 (11/2015)

**Facility:** Oneida County Correctional Facility          **Housing Location:** Pod 4-21

**Name of Inmate:** Norman Hamlin          **Grievance #:** 23-052

**Brief Description of the Grievance** *(Submitted by the grievant within 5 days of occurrence)*
**Number of Sheets Attached** (1) Front And Back

On July 8th 2023, I was Assaulted by Officer
And An keep Seperate Inmate cell 30, While i was
Out my cell -21 during my time From 11 AM to 2 PM
The Inmate cell 30. Spiked His cell Door And
Assaulted me And the Officer did nothing to stop Him.
It was not the Aggressor. I was Also Scared to go too Medical.

**Action requested by the grievant** *(Submitted by the grievant within 5 days of occurrence)*:
**Number of Additional Sheets Attached** (1) Front And Back

I would like A Internal Investigation to proceed
Immediately within this jail. I was not
Protecten And was Assualted. Im Asking For
Remedy/Lnelief in this Matter pursuant to NYCRR 7032.4.

**Grievant Signature:** _[signature]_          **Date/Time Submitted:** 11 AM / 7/20/23

**Receiving Staff Signature:** _[signature]_          **Date/Time Received:** 7-20-2023 @ 1637

**Investigation Completed by:** _[signature]_          **Date Completed:** 7/26/23

**Decision of the Grievance Coordinator**          **Number of Sheets Attached** ( )
*Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination*

☐ **Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)**
☐ **Grievance Accepted**
☐ **Grievance Denied on Merits**
☐ **Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)**
☑ **Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)**

Grievance accepted in part that inmate Hamlin was in an altercation with a keep seperate
the spiked his door. Grievance denied in Part after video review. The housing officer did not assault
inmate Hamlin, the officer was attempting to end the altercation with resistance from inmate
Hamlin. The claim of being harassed, retaliation, or lack of care is unfounded. Inmate has seen
medical several times after and has not reported the assault. No medical records to support
the injuries stated. Inmate failed to supply sufficient evidence to support the claims denied.
#25

**Signature of the Grievance Coordinator:** _[signature]_          **Date:** 7/28/23

RECEIVED

Page ①

Cameras and other technologies providing both video and audio monitoring of correction officers with inmate, we hope, be even better positioned to deter and prevent what happen to me on July 8th, 2023 approximately around 11:00 AM.

On July 8th, 2023 I was assaulted by officer B.M. while also being brutally attacked by a protective custody inmate who abscond from his cell #30 which was left unsecured by both housing unit officers. Both officers have planned to retaliate against me by paying the problematic inmate with increments of extra food trays provided by Trinity.

While I was slammed to the ground by officer B.M. I was not the aggressor, I was repeatedly kicked and punched by the protective custody inmate and officer B.M. assaulted me as well in a tag team gang-tackle. This tag team assault has left me with a partly fractured pelvis, sore rib cage, and massive migraines due to the assault. Medical has denied me adequate health care treatment for days now due to my injuries.

Page ②

The incident report officer B.M. wrote was fabricated in attempt to cover his inexperience, poor training and wrong doing. Since being assaulted by both officer B.M and the protective custody inmate in cell #30, I have been subjected to nonstop verbal harassment, retailiation by staff in firm alliance with B.M., and medical malpractice from lack of care from WellPath.

The corrective action I request is for Oneida County Correctional Facility to do a thorough investigation into this complaint matter immediately with full transparency and integrity. If for any reason this facility is inadequately understaffed, I politely ask this matter be forwarded to the New York State Commission of Correction and seek Final Report from New York State Attorney General's Office in this pending investigation.

Respectfully Submitted.                          # 23-052

                                                 SSN
                                                 3475

Norman Hamlin # 25457
Oneida County Correctional Facility

(Note)

I Norman A. Hamlin Sr.
CAN Honestly say that At The Time
of Attack and after, it felt like my pelvis
was Fractured or Damaged when i was slammed
Against the Railing. I am know medical expert
and hold no license to practice Medicine And
my use of "Fractured Pelvis" was nothing more than
A complainAnt of pain to the Hip And pelvis Area.
It was more of expression of pain And in no
mamner was to be Construed As An expert
Statement or Diagnosis., just that it Hurt.

Respectfully Submitted.

Norman Hamlin # 25457
Oneida County Correctional Facility